SELTENMYER, Respondent, *v.* CITY OF ROCHESTER, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Judgment and order appealed from affirmed, with costs.

---

STEARNS *et al.*, Respondents, *v.* McGINTY, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Motion denied.   For decision on appeal, see 8 N. Y. Supp. 216.

---

In re TALLINGER.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Decree of the surrogate affirmed, with costs to respondents, payable out of the estate.

---

THACHER, Respondent, *v.* HOPE CEMETERY ASS'N, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Judgment appealed from affirmed, with costs, on the decision of the supreme court on former appeal, reported in 46 Hun, 594.

---

In re TOWN OF GATES.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Motion denied.

---

TOWN OF ONTARIO, Appellant, *v.* HILL, Respondent.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Reargument ordered.   MACOMBER, J., not sitting.

---

UNGLISH, Respondent, *v.* MARVIN, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Motion denied.   For decision on appeal, see 8 N. Y. Supp. 283.

---

WEIDEMAN, Respondent, *v.* BOARD OF EDUCATION, Appellant.

(*Supreme Court, General Term, Fifth Department.*   April 11, 1890.)

No opinion.   Motion granted.   For decision on appeal, see 7 N. Y. Supp. 309.